IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN KADOSHNIKOV ANATOLY, | ) | No. C 13-01691 EJD (PR) |
| Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE A COMPLAINT AND MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* |

    On April 15, 2013, Plaintiff filed a letter that was construed as an action pursuant to 42 U.S.C. § 1983. On the same day, the Clerk sent Plaintiff a notice that he had not filed an In Forma Pauperis ("IFP") application or a proper complaint, and they needed to be filed within twenty-eight days or else the case would be dismissed. (Docket Nos. 2 & 3.) Plaintiff has filed a letter requesting an extension of time. (Docket No. 4.) The Court construes Plaintiff's letter as a motion for extension of time, and **GRANTS** the request. Plaintiff shall file a complaint and an IFP application **within twenty-eight (28) days** from the filing date of this order. If Plaintiff fails to comply with this order, this action will be dismissed without further notice to Plaintiff.

DATED:   5/24/2013                              EDWARD J. DAVILA
                                                                   United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN KADOSHNIKOV ANATOLY,<br><br>        Plaintiff. | No. C 13-01691 EJD (PR)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____5/24/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Anatoly Kadoshnikov**
G-56585
Avenal State Prison CDCR
P. O. Box 9
Avenal, CA 93204

DATED: _____5/24/2013_____
                                    Richard W. Wieking, Clerk
                                    /s/ By: Elizabeth Garcia, Deputy Clerk