IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANATOLY KADOSHNIKOV, | ) | No. C 13-01691 EJD (PR) |
| Plaintiff, | ) ) | ORDER OF TRANSFER |
| v. | ) ) | |
| ROBERT CHAPNICK, M.D., et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 against Avenal State Prison officials. Plaintiff claims that Defendants denied him adequate medical accommodations by refusing him the use of a wheelchair in violation of his Eighth Amendment rights. Because the acts complained of occurred in Kings County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

DATED: 6/24/2013

EDWARD J. DAVILA
United States District Judge

Order of Transfer
G:\PRO-SE\EJD\CR.13\01691Kadoshnikov_transfer.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANATOLY KADOSHNIKOV,            Case Number CV 13-01691 EJD (PR)

      Plaintiff,

  v.                                                     **CERTIFICATE OF SERVICE**

ROBERT CHAPNICK, M.D., et al.,

      Defendants.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____6/25/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Anatoly Kadoshnikov**
G-56585
Avenal State Prison CDCR
P. O. Box 9
Avenal, CA 93204

DATED: _____6/25/2013_____
                                         Richard W. Wieking, Clerk
                                    /s/ By: Elizabeth Garcia, Deputy Clerk